IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LYDIA WILSON, individually and as surviving spouse of DONALD WAYNE WILSON, deceased,<br><br>                Plaintiff,<br><br>vs.<br><br>MCBRIDE CLINIC ORTHOPEDIC HOSPITAL, LLC, ENCORE MEDICAL, L.P., SANDOZ INCORPORATED, PROMISE HEALTHCARE, INC., PROMISE HEALTHCARE OF WICHITA FALLS TEXAS and THE 3M COMPANY,<br><br>                Defendants. | Case Number CIV-19-330-C |

## MEMORANDUM OPINION AND ORDER

On May 10, 2019, Plaintiff filed a Motion to Remand, seeking to return this case to Comanche County District Court. On May 3, 2019, this matter was conditionally transferred by the Judicial Panel on Multidistrict Litigation to the United Stated District Court for the District of Minnesota. If Plaintiff objects to that transfer, the proper course is to object as set forth in the Rules Governing Multidistrict Litigation. Alternatively, Plaintiff may pursue the Motion to Remand by filing it in the Minnesota court.

Accordingly, the Motion to Remand (Dkt. No. 10) is STRICKEN.

IT IS SO ORDERED this 20th day of May, 2019.

ROBIN J. CAUTHRON
United States District Judge